IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHEILA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA, and DERRICK GILBERT in his Individual capacity,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-0218-SCJ |

## O R D E R

Counsel for Plaintiff having informed the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within ninety (90) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within ninety (90) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 11th day of May, 2021.

　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　STEVE C. JONES
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE